EN EL TRIBUNAL SUPREMO DE PUERTO RICO

|  |  |
|---|---|
| Ex Parte:<br><br>Juan F. Bravo Ortega | 2010 TSPR 30<br><br>178 DPR \_\_\_\_ |

Número del Caso: TS-6020


Fecha: 8 de marzo de 2010


Abogado de la Parte Peticionaria:

        Por derecho propio


Materia: Baja Voluntaria del Ejercicio de la Abogacía


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte

Juan F. Bravo Ortega

6020

RESOLUCIÓN

San Juan, Puerto Rico, a   8 de marzo de 2010.

Examinada la solicitud presentada por el Lcdo. Juan F. Bravo Ortega, se autoriza su baja voluntaria del ejercicio de la profesión.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo